IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**JORGE TORRES,**

**Defendant.**                                              No. 08-30071-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the United States of America's joint motion to continue sentencing (Doc. 70). The Government requests that the Court continue the sentencing hearing for Defendant Torres for 60 days so that Defendant can provide assistance in the Government's investigation and so that the Government can accurately advise the Court on the nature and extent of Defendant Torres' cooperation. The Government further states that counsel for Defendant Torres has authorized the Government to file the motion jointly. Therefore, the Court **GRANTS** the Government's joint motion to continue sentencing (Doc. 70) and **CONTINUES** the sentencing date set for May 22, 2009 until **July 24, 2009 at 1:30 p.m.**

**IT IS SO ORDERED.**

Signed this 21st day of May, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**