**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JORGE TORRES,**

**Defendant.**                                              **No. 08-30071-DRH**

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is the United States of America's Agreed Motion to Continue Sentencing (Doc. 95). The Government requests that the sentencing hearing currently scheduled for October 29, 2009 be continued so that Defendant Torres can continue his cooperation with the Government. A continuance would also allow the Government to fully advise the Court of the nature of Defendant's cooperation at the time of sentencing. Defendant does not object to the continuance and, in fact, joins in the request for continuance. Based on the reasons in the motion, the Court **GRANTS** the Government's Agreed Motion to Continue Sentencing (Doc. 95) and **CONTINUES** the sentencing hearing currently scheduled for October 29, 2009 until **February 5, 2010 at 9:00 a.m.**

**IT IS SO ORDERED.**          Signed this 26th day of October, 2009.

/s/        David R Herndon

**Chief Judge
United States District Court**