IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JORGE TORRES,**

**Defendant.**                                                   **No. 08-30071-DRH**

**ORDER**

**HERNDON, Chief Judge:**

      Before the Court is a Motion to Continue filed by Jorge Torres (Doc. 103). Specifically, Defendant Torres requests that the sentencing currently scheduled for February 5, 2010 in this case be continued for thirty (30) days as Defendant's counsel will be out of town on law related business and Defendant states that there has also been recent developments which may change Defendant's sentence. The Government does not object to the motion. Therefore, based on the reasons in the motion, the Court **GRANTS** Defendant Torres' motion to continue (Doc. 103) and **CONTINUES** the sentencing hearing currently scheduled for February 5, 2010 until **March 11, 2010 at 9:30 a.m.**

      **IT IS SO ORDERED.**

      Signed this 3rd day of February, 2010.

                                             /s/ David R. Herndon
                                             **Chief Judge**
                                             **United States District Court**